IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WHITE STALLION ENERGY,<br>LLC, et al.,<br><br>      Debtor.<br>_____ | ) Chapter 11<br>)<br>) Bk. No. 20-13037 (LSS)<br>)<br>)<br>)<br>) |
| RESPONSIBLE ENERGY<br>OPERATION, LLC,<br><br>      Appellant,<br><br>v.<br><br>ENGLISH RESOURCES, INC.<br>and WES ENERGY, LLC,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-1608-CFC<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

At Wilmington this 10th day of January, 2022, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **February 10, 2022.**

2. Appellees' brief in opposition to the appeal is due on or before **March 10, 2022.**

3. Appellant's reply brief is due on or before **March 24, 2022.**

_____
Chief Judge